IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEBORAH LYNN HUNTER,** : | |
| : | |
| **Plaintiff,** : | |
| : | 5:04-CV-298 (CAR) |
| vs. : | |
| : | |
| **WAL-MART STORES, INC., and** : | |
| **JACK DRAINE** : | |
| : | |
| **Defendants.** : | |

*ORDER ON DEFENDANT'S MOTION TO FILE DISPOSITIVE MOTION
AND RELATED DOCUMENTS UNDER SEAL*

Before the Court is Defendant Wal-Mart Stores, Inc.'s Motion to File Dispositive Motion and Related Documents Under Seal. [Doc. 37]. Defendant contends that its dispositive motion and related documents should be filed under seal because they contain sensitive information about Plaintiff's medical history. A teleconference was held on this motion on November 2, 2005. For the reasons discussed during the teleconference, Defendant's motion is **DENIED AS MOOT**. Therefore, Defendant's dispositive motion and related documents will not be filed under seal; instead, they will become a part of the public record.

**SO ORDERED** this 2nd day of November, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

AEG/ssh