# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DEBORAH LYNN HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and<br>JACK DRAINE,<br><br>    Defendants. | CIVIL ACTION NO. 5:04-CV-298 CAR |

## *STIPULATION OF DISMISSAL WITH PREJUDICE*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deborah Lynn Hunter ("Plaintiff"), Defendant Wal-Mart Stores, Inc., and Defendant Jack Draine ("Defendants") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff in her Complaint against Defendants and to the dismissal with prejudice of all counter-claims asserted by Defendant Jack Draine against Plaintiff in the above-styled action, with all parties to bear their own respective costs.

IT IS HEREBY STIPULATED:

Gwyn P. Newsom
Georgia Bar No. 541450
215 9th Street
P.O. Box 629

Charlotte K. McClusky
Georgia Bar No. 484223
Littler Mendelson, P.C.
3348 Peachtree Road, N.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBORAH LYNN HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and<br>JACK DRAINE,<br><br>    Defendants. | CIVIL ACTION NO. 5:04-CV-298 CAR |

### *STIPULATION OF DISMISSAL WITH PREJUDICE*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deborah Lynn Hunter ("Plaintiff"), Defendant Wal-Mart Stores, Inc., and Defendant Jack Draine ("Defendants") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff in her Complaint against Defendants and to the dismissal with prejudice of all counter-claims asserted by Defendant Jack Draine against Plaintiff in the above-styled action, with all parties to bear their own respective costs.

IT IS HEREBY STIPULATED:

_____
Gwyn P. Newsom
Georgia Bar No. 541450
215 9th Street
P.O. Box 629

*Charlotte K. McClusky*
Charlotte K. McClusky
Georgia Bar No. 484223
Littler Mendelson, P.C.
3348 Peachtree Road, N.E.

1

Columbus, Georgia 31902.0629
706.324.4900 (telephone)
706.327.1437 (facsimile)
gnewsomlaw@aol.com

_/s/ Maxine B. Hardy_

Maxine B. Hardy
P. O. Box 349
Columbus, GA 31902-0349
706.324.6300 (telephone)
706.324.0260 (facsimile)
maxineburnshardy@bellsouth.net
Counsel for Plaintiff

Suite 1100
Atlanta, Georgia 30326
404.233.0330 (telephone)
404.233.2361 (facsimile)
cmcclusky@littler.com
Counsel for Wal-Mart Stores, Inc.


Richard T. Bridges
108 S. Church St., Suite 201
P.O. Box 881
Thomaston, GA 30286
706.647.5524 (telephone)
706.647.9763 (facsimile)
richardbridges@charterinternet.com
Counsel for Jack Draine

2

Columbus, Georgia 31902.0629
706.324.4900 (telephone)
706.327.1437 (facsimile)
gnewsomlaw@aol.com

Maxine B. Hardy
P. O. Box 349
Columbus, GA 31902-0349
706.324.6300 (telephone)
706.324.0260 (facsimile)
maxineburnshardy@bellsouth.net
Counsel for Plaintiff

Suite 1100
Atlanta, Georgia 30326
404.233.0330 (telephone)
404.233.2361 (facsimile)
cmcclusky@littler.com
Counsel for Wal-Mart Stores, Inc.

/s/ Richard T. Bridges

Richard T. Bridges
108 S. Church St., Suite 201
P.O. Box 881
Thomaston, GA 30286
706.647.5524 (telephone)
706.647.9763 (facsimile)
richardbridges@charterinternet.com
Counsel for Jack Draine